# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANTE DASH,

    Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.;

    Defendant

Case No.: 2:12-cv-185-JHS

FILED SEP 21 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID # 89840
Sessions, Fishman, Nathan & Israel, LLC
200 Route 31 North, Ste. 203
Flemington, NJ 08822
Phone: (908) 751-5941
Facsimile: (908) 751-5944
Email: renders@sessions-law.biz
Attorney for the Defendant

Date: September 11, 2012

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: September 11, 2012

APPROVED AND SO ORDERED:
SEPTEMBER 21, 2012
BY THE COURT:

_Joel Slomsky_, J.